# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THOMAS H. L. BARFELL,

            Plaintiff,

     -vs-                              Case No. 13-CV-283

NICHOLAS BEAMAN, SGT. APRIL NETZEL,
CARRIE KOEPP, MELISSA KROKSTROM,
JENNIFER WEBER, BECKY SAWICKI,
MELISSA RASMUSSEN, JEFF MEYER,
MATTHEW WEISS, HOLLY TUTTLE,
MEGAN, CHARLES MAROUSEK,
ANDREW SCHWERKE, TERI PETRI,
DAVID KASPER, JOHN PENZA,
KENNETH DANIELS, N. MANTTY,
HANDY, MARY SEIDEL,
CAROLYN FURMAN, and WINNEBAGO COUNTY JAIL,

            Defendants.

## ORDER

        The plaintiff, Thomas H. L. Barfell, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis*. Pursuant to the Prison Litigation Reform Act, the plaintiff is required to pay the statutory filing fee of $350.00 for this action. *See* 28 U.S.C. § 1915(b)(1).

        By order dated March 18, 2013, the plaintiff was ordered to forward to the Clerk of Court by April 8, 2013, the sum of $1.33 as an initial partial filing fee in this action. The plaintiff was advised that, upon payment of this fee, the court would determine whether

the action can proceed *in forma pauperis*. To date the plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee this court infers that the plaintiff no longer wants to prosecute this action. Therefore, the court will dismiss this case without prejudice.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is **dismissed without prejudice** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 15th day of April, 2013.

**SO ORDERED,**

*[signature]*

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**